InRE proper
Barry Dwayne Minafee #1300468
J.B. Connally Unit
Petitioner 899 FM 632
Kenedy, TX. 78119

United States District Court
For The District of Columbia

RECEIVED
SEP 11 2009
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

—Against—

Magistrate Judge Clinton E. Averitte xx
205 E. 5th. Street
Amarillo, Texas 79101
Office of The Courts
Mr. Ralph Mecham Director
One Columbus Circle NE
Washington DC 20544
Respondent Superior — U.S. of America

"Petition for Special Redress or
Permission other Relief As A
3) Strikes provision 28 USC 1915
(b)(2)
Not Civil Action

Now comes InRE proper (Barry Dwayne Minafee) Acting proper and petitions x this court x Clerk United States District of Columbia x 333 Constitution Avenue NW Washington D.C. 20001 tx and files petition for Special Redress or Permission other Relief As A 3" Strikes provision 28 USC 1915 (b)(2) with support of this petition would show the court the following x

InRE proper would show the courts Aid is invoking to — concurrent x x x jurisdiction — Alternative Consent Jurisdiction

InRE proper would show for resolution on an "Ad litem" "Sic" claims based on x to conduct judicious examination in to reason Asserted for granting review on grounds or — questions raised — vis-a-vis their importance to

-1-

jurisprudence, a fundamental constitutional right to use the court system. This right is based on the First, Fifth And Fourteenth Amendments to the constitution. Under the First Amendment, you have the right to "petition the government for a redress of grievances". And under the Fifth And Fourteenth Amendment you have a right to "due process of law". Put together, these provisions mean that you must have the opportunity to go to court if you think your rights have been violated. Lewis v. Casey, 518 U.S. 343 (1996)

In Re proper would show for resolution on an (Ad litem) (sic) claim is based on 2 to conduct judicious examination into reason asserted for granting review on grounds or questions raised - vis-a-vis their importance to jurisprudence of Texas. This refers to had the court Minnfee v. Coutee. et al W.D. of Tx. San Antonio — Minnfee v. Sims Clemmen Judge Triana signed an order on June 15, 2007 finding plaintiff is vexation litigant cause no D-1-GN-07-001256 Minnfee v. Neal - U.S Dist ct Amarillo. - Minnfee v. Quarter. U.S. Dist court Amarillo. - In Re minnfee no. 04-10643 (5th. Cir July 22, 2004) Minnfee v. Dretke, U S D Ca J 2:02-cv-0310. Sanction (Lewis v. Casey 518. U.S. 343 (1996) Dismissed as. frivolous, malicious or failing to state a claim?

In re progress (Sic) claim is based on 2 to conduct judicious examination into reason asserted for granting review on grounds or questions raised-vis-a-vis their importance to jurisprudence of Texas. This refers to felonious restraint — by — Attorney General Greg Abbott. Internal Investigation - office of the courts. Ralph Mecham - The Interest In freedom from confinement - false imprisonment by physical barriers - physical force threats of physical force, by other duress. by asserted legal authority. Act intended to affect third parties malice - refusal to release Instigating or —— participating in false imprisonment - which A his refers to void sentence enhancement, paragraph used may 02 2005 Exhibit 35- 44 W.D-C. Minnfee v. Cockrells. USDC. 2002 CV-0310.- Magistrate Judge Clinton E. Averitte who. refuse to release Dec 9. 2002 - March 03. 2003 - See ~~~~~ - FBI Minnfee Barry Dwayne - ~~~~~ P--- which they're housing me around inmates with large sentences - Attempt have been made of my safety A reward of 4500.00. Obstruction of correspondence Title 18 USC.A 1702 Wahlsieg v. Commercial Union Ins. Co. Inc. 928. F. 2d. 486 492.

-3-

coercive relief & grounds that the courts Aid is invoking to. Judicial relief Alternative Interim relief by concurrent jurisdiction & Alternative consent jurisdiction Defense 1). entitled to relief A demand for Judgment for the relief & the pleader seeks Defense 2) petition for Special Redress or permission other relief As A 3) Strikes provision 28 USC. 1915-(b)(3) Defense 2)- Specific performance — malicious prosecution damages to their reputation- Defense 3). July 16. 2009. — Review And Release Rissie Owens— Defense 4). Unlawful Use of pen Register or Trap. And Trace Device 18re3. (B) — . Defense 4). monitor screen- under surveillance by convicted inmates LEO went to retrieve all my writing - to forward to OSO-35-cell other inmates fraudulent/swindles Title 18 USCA 1341. Defense 5). pocket Recorders crime of Bribery involves Government Actor. Defense 6) Transfer to Appropriate court with Jurisdiction

I declare or certify or verify or state under — penalty of perjury that the foregoing facts is true And correct)


Wherefore petitioner demand that the court Grant petition for Special Redress or permission other relief As A 3) Strikes provision 28 USC-1915 (b)(3) And such other relief As the courts find Just in this — proceedings.

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing petitioner's Minnfee's petition for Special Redress or permission Other Relief As A 3) Strike provision 28 USC. 1915-(b)(0) has been served on the Honorable clerk c United States District of columbia 333 Constitution Avenue NW. Washington D.C. 20001 & by depositing the same in the USa mail - Indigent postage on this 31th day of August 2009 -- Addressed to:

Clerk US Dist court of columbia

Mr. Barry Dwayne Minnfee # 1300468
Signature Affixed